UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

PAUL JOHN BOJERSKI,

    Petitioner,

v.       Case No: 6:25-cv-2052-JSS-RMN

SECRETARY OF THE UNITED
STATES DEPARTMENT OF
HOMELAND SECURITY and FIELD
OFFICE DIRECTOR OF THE
UNITED STATES IMMIGRATION
AND CUSTOMS ENFORCEMENT
IN MIAMI, FLORIDA,

    Respondents.
_____/

# ORDER

Petitioner seeks a writ of habeas corpus under 28 U.S.C. § 2241. (Dkt. 1.) He requests his release from the custody of the United States Immigration and Customs Enforcement. (*Id.* at 1.) Respondents move to dismiss the petition for lack of subject matter jurisdiction, (*see* Dkts. 11, 14), and Petitioner opposes the motion, (*see* Dkt. 15). Respondents request leave to submit a reply regarding their motion in order to address the burden-shifting framework in *Zadvydas v. Davis*, 533 U.S. 678, 683 (2001). Upon consideration, Respondents' request (Dkt. 16) is **GRANTED**, and on or before February 6, 2026, Respondents may file a reply of no more than ten pages in length addressing the burden-shifting framework. *See Newman v. Heritage Vill. W. Condo. Ass'n*, No. 22-13709, 2023 WL 8270183, at *3, 2023 U.S. App. LEXIS 31591, at *8

(11th Cir. Nov. 30, 2023) ("The district court's discretion to grant or deny leave to reply . . . coincides with its inherent authority to manage its docket to achieve 'the efficient and expedient resolution of cases.'" (quoting *Dietz v. Bouldin*, 579 U.S. 40, 47 (2016))).

      **ORDERED** in Orlando, Florida, on January 21, 2026.

_____
JULIE S. SNEED
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record

Office of the United States Attorney
400 W. Washington Street
Suite 300
Orlando, Florida 32801

Kristi Noem, Secretary,
Office of the General Counsel,
United States Department of Homeland Security
2707 Martin Luther King, Jr. Ave, SE
Washington, D.C., 20528

Garrett Ripa, Miami Field Office Director,
United States Immigration and Customs Enforcement
865 SW 78th Avenue
Suite 101
Plantation, Florida, 33324